**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SALVATORE CASERTA, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-3027** |
| **HANOVER INSURANCE COMPANY-** <br> **MASSACHUSETTS BAY INSURANCE COMPANY** | **SECTION "K"(2)** |

## ORDER AND REASONS

Before the Court is a Motion to Sever and Proceed Separately (Doc. 7) filed by defendant Massachusetts Bay Insruance Company ("Mass Bay"). Defendant contends that since this petition concerns five separate and distinct Hurricane Katrina-related insurance claims, the Court should sever these claims. In addition, Mass Bay seeks to reinstate this matter.

Procedurally, the proper method for Hanover to have proceeded was to first seek to re-open this matter before seeking a severance. The reason for the stay of this case is still unsettled by virtue of the fact that district courts have applied *Taranto v. Louisiana Citizens Property Ins.*, 62 So.3d 721 (La. 2011), in disparate ways. The issue of *Taranto*'s application is the subject of two cases, *Quinn v. Louisiana citizens Prop. Ins. corp.,* 12-0152 and *Duckworth v. Louisiana Farm Bureau Mur. Ins. Co.,* 11-2835, which are pending in the Louisiana Supreme Court. Thus, the Court sees no reason to lift the stay.

Defendant may re-urge its motion to sever after the Louisiana Supreme Court has rendered an opinion as to the proper application of *Taranto*. Accordingly,

**IT IS ORDERED** that the Motion to Sever and Proceed Separately (Doc. 7) filed by defendant Massachusetts Bay Insurance Company is **DENIED**

New Orleans, Louisiana, this 14th day of August, 2012.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**